Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs the same in all material respects as those involved in *Calif-Asia Co., Ltd.* v. *United States* (39 C. C. P. A. 133, C. A. D. 475), the claim of the plaintiff was sustained.

No. 61132.—Accurate Millinery Co. et al. *v.* United States, protests 272841–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.

No. 61133.—Brookfield Hats, Inc. *v.* United States, protest 286969–K (B) (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiff was sustained.

No. 61134.—All Asia Products Corp. et al. *v.* United States, protests 790058–G, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of dogskins similar in all material respects to those the subject of *United States* v. *Arnhold & Co., Inc., et al.* (27 C. C. P. A. 135, C. A. D. 74), the claim of the plaintiffs was sustained.

No. 61135.—Shuen On Co. *v.* United States, protest 294796–K (New York).